## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 586 EAL 2014
:
               Respondent      : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
          v.                :
:
:
:
DEREK SUTTON,              :
:
               Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.